| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Nelco Realty Holdings, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20-2392116

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **357 6th Ave. W.** **Bradenton, FL 34205** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Manatee** County | Location of principal assets, if different from principal place of business **339 6th Ave. W. Bradenton, FL 34205** Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Nelco Realty Holdings, Inc.**                    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**                    Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   **Nelco Realty Holdings, Inc.**                                   Case number (*if known*)
      Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Nelco Realty Holdings, Inc.**  Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 27, 2019**
MM / DD / YYYY

X **/s/ Richard T. Conard**         **Richard T. Conard**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ R. John Cole, II**         Date **August 27, 2019**
Signature of attorney for debtor        MM / DD / YYYY

**R. John Cole, II 191364**
Printed name

**Cole & Cole Law, P.A.**
Firm name

**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
Number, Street, City, State & ZIP Code

Contact phone **(941) 365-4055**       Email address **RJC@COLECOLELAW.COM**

**191364 FL**
Bar number and State

Debtor **Nelco Realty Holdings, Inc.**　　Case number (*if known*)
　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____　　Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Frederick N. Clark** | | Relationship to you | **Former Principal** | |
| District | **Middle District of Florida** | When | Case number, if known | | |
| Debtor | **Richard T. Conard** | | Relationship to you | **Principal** | |
| District | **Middle District of Florida** | When | Case number, if known | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Nelco Realty Holdings, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Seniors Association Holding Group** 353 6th Ave. W. Bradenton, FL 34205 | | Security Deposit | | | | $675.00 |
| **Florida Dep't of Rev.** 505 W. Tenn. St. Tallahassee, FL 32399 | | Notice Only | Contingent Unliquidated Disputed | | | Unknown |
| **Frederick N Clark** 6193 9th Ave. Cir. NE Bradenton, FL 34212 | | | Disputed | | | $0.00 |
| **Hittel Law PA** 333 6th Ave. W. Bradenton, FL 34205 | | Security Deposit | | | | $1,400.00 |
| **IRS Centralized Insolvency Operation** PO Box 7346 Philadelphia, PA 19101 | | Notice Only | Contingent Unliquidated Disputed | | | Unknown |
| **Meridian General Contracting** 339 6th Ave. W. Ste. 16 Bradenton, FL 34205 | | Security Deposit | | | | $250.00 |
| **Pinnacle Partners of Manatee** 357 6th Ave. W. Bradenton, FL 34205 | | | Disputed | | | $0.00 |
| **Richard T. Conard** 615 Riviera Dunes Way Unit 401 Palmetto, FL 34221 | | | Disputed | | | $0.00 |

Debtor **Nelco Realty Holdings, Inc.**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steele T. Williams, PA**<br>**Pineapple Place**<br>**1381 McAnsh Sq.**<br>**Sarasota, FL 34236** | | **Legal Fees** | **Disputed** | | | $0.00 |
| **US Immigration**<br>**339 6th Ave. W.**<br>**Ste. 13**<br>**Bradenton, FL 34205** | | **Security Deposit** | | | | $112.50 |
| **Virgina A. Dorris**<br>**339 6th Ave. W.**<br>**Bradenton, FL 34205** | | **Promissory Note** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $2,700,000.00 |

Nelco Realty Holdings, Inc.
357 6th Ave W.
Bradenton, FL 34205

Family Resources Inc.
361 6th Ave. W.
Bradenton, FL 34205

JJ Bridge Management Group I
339 6th Ave. E.
Bradenton, FL 34205

R. John Cole, II
Cole & Cole Law, P.A.
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236

Florida Dep't of Rev.
505 W. Tenn. St.
Tallahassee, FL 32399

June Pictures LLC
339 6th Ave W.
Bradenton, FL 34205

Alexander Virgil
7014 48th Ave. E.
Palmetto, FL 34221

Frederick N Clark
6193 9th Ave. Cir. NE
Bradenton, FL 34212

Kajuka Properties LLC
PO Box 9094
Bradenton, FL 34206

American Seniors
Association Holding Group
353 6th Ave. W.
Bradenton, FL 34205

Genesis Health Services Inc.
339 6th Ave W.
Ste. 36
Bradenton, FL 34205

Kenyon Real Estate Inc.
339 6th Ave. W.
No. 22
Bradenton, FL 34205

Big Brothers Big Sisters
of the Sun Coast Inc.
1000 S, Tamiami Trl.
Venice, FL 34285

Gregory J. Kramer
5509 Pheasant Ln.
Bradenton, FL 34209

Lace Entertainment
1039 31st St. E.
Palmetto, FL 34221

Bill Whitney
1033 Sawgrass Dr. W.
Ste. 102
Ponte Vedra Beach, FL 32082

Harllee & Bald PA
202 Old Main St.
Bradenton, FL 34205

Lake East Associates Ltd.
437 Grant St.
Mezzanine
Pittsburgh, PA 15219

C. Michael Kelly PA
339 6th Ave. W.
Bradenton, FL 34205

Hittel Law PA
333 6th Ave. W.
Bradenton, FL 34205

Manatee County Tax Collector
c/o Ken Burton, Jr
POB 25300
Bradenton, FL 34206-5300

Cornerstone Financial SE LLC
339 6th Ave. W.
Bradenton, FL 34205

Insight Counseling Servs Inc
351 6th Ave. W.
Bradenton, FL 34205

Meridian General Contracting
339 6th Ave. W.
Ste. 16
Bradenton, FL 34205

Courtney's Creationz
1510 13th Ave. E.
Bradenton, FL 34208

IRS
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101

Pathways Christian Fellowshi
PO Box 684
Bradenton, FL 34206

Pinnacle Partners of Manatee
357 6th Ave. W.
Bradenton, FL 34205

Voyager Business Concepts In
339 6th Ave. W.
Ste. 26
Bradenton, FL 34205

Pinnacle Plaza Associates LP
9021 Town Ctr Pkwy
Bradenton, FL 34202

Richard T. Conard
615 Riviera Dunes Way
Unit 401
Palmetto, FL 34221

Richard T. Conard
615 Riviera Dunes Way
Unite 401
Palmetto, FL 34221

Senior Living Services LLC
357 6th Ave. W.
Bradenton, FL 34205

Steele T. Williams, PA
Pineapple Place
1381 McAnsh Sq.
Sarasota, FL 34236

Timothy Grogan, Esq.
PO Box 14807
Bradenton, FL 34280

US Immigration
339 6th Ave. W.
Ste. 13
Bradenton, FL 34205

Virgina A. Dorris
339 6th Ave. W.
Bradenton, FL 34205

# United States Bankruptcy Court
### Middle District of Florida

In re  **Nelco Realty Holdings, Inc.**  
                                  Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Nelco Realty Holdings, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 27, 2019** | **/s/ R. John Cole, II** |
| Date | R. John Cole, II 191364 |
| | Signature of Attorney or Litigant |
| | Counsel for  **Nelco Realty Holdings, Inc.** |
| | **Cole & Cole Law, P.A.** |
| | **46 N. Washington Blvd., Ste. 24** |
| | **Sarasota, FL 34236** |
| | **(941) 365-4055 Fax:(941) 365-4219** |
| | **RJC@COLECOLELAW.COM** |