UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8:19-bk-08216
                                                                Chapter 11

Nelco Realty Holdings, Inc.,

         Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

COMES NOW the Debtor, NELCO REALTY HOLDINGS, INC., by and through undersigned counsel, and files this its Chapter 11 Case Management Summary in accordance with the Local Rule 2081-1 in this matter as follows:

1.      The Debtor is engaged in the leasing of business offices in a commercial building located in the Bradenton, Florida central business district.  The general address of the building is 357 6th Ave. W., Bradenton, Florida 34205, although many of the offices hold their own addresses.  The building is mostly leased at this time with approximately 14 tenants including, but not limited to, law offices, U.S. government offices, commercial offices for corporate entities, and virtual offices.

2.      The Debtor filed for Chapter 11 protection as a result of a lawsuit pending in the Circuit Court of the Twelfth Judicial Circuit, in and for Manatee County, Florida, styled as *Virginia A. Dorris v. Nelco Realty Holdings, Inc., Pinnacle Partners of Manatee, LLC, Richard T. Conard, and Frederick N. Clark*, Case No. 2018 CA 6087, that sought to impose a receivership against the Debtor.  Also, the Debtor has discovered an allegedly fraudulently recorded mortgage against the real property.

3.      The President of the Debtor is Richard T. Conard and has full authority to manage and operate the Debtor.  He draws no salary from the Debtor, and no application for salary will be filed.  No pre-petition wage claims exist and the Debtor has one salaried employee, Kimberly

Schultz, the daughter of Dr. Conard, who has a salary of $45,000.00 annually and serves as the on-site manager of the real properties invovled.  Dr. Conard is the Debtor's sole shareholder.  Dr. Conard and his spouse, Elizabeth, have also filed for Chapter 11 bankruptcy in this Court under Case No. 8:19-bk-08217.  Dr. Conard and the Debtor have identical interests in this case and have selected the undersigned to represent them both.  Frederick Clark, the Debtor's Vice President and former shareholder, is filing a Chapter 7 bankruptcy using the undersigned as his counsel.

4.      The Debtor had total gross receipts in unknown amounts exceeding $200,000.00 per annum for year 2017 and 2018 and receipts of $155,946.53 from January 1, 2019 through August 31, 2019.  The Debtor is working to resolve the amount of the its 2017 and 2018 gross receipts.

5.      The Debtor owes its unsecured creditors approximately $10,398.50, in undisputed debt and $2,700,000.00 in disputed unsecured debt.  The secured creditor, whose mortgage is believed to have been satisfied previously, may be owed approximately $2,250,000.00.   The Manatee County Tax Collector is owed $48,110.00 in unpaid real property taxes for 2018.

6.      The Debtor has no known outstanding tax obligations but tax returns have not been filed for 2017 and 2018.

7.      The Debtor anticipates continuing to operate its business and will propose various changes in its business operations that it believes will result in a successful reorganization.   If continued operations are not feasible, it will seek liquidation under Chapter 7.

8.      The Debtor will not file a Motion to Use Cash Collateral.

Dated on this the 5th day of September, 2019.

COLE & COLE LAW, P.A.

/s/ Richard John Cole, III_____

Richard John Cole, III
46 North Washington Blvd., Ste 24
Sarasota, FL  34236
(941) 365-4055
(941) 365-4219 (fax)
Rc3@colecolelaw.com
Attorney for Debtor
Florida Bar No.: 0059708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Chapter 11 Case Management Summary has been served by either electronic submission or United States Mail on this the 5th day of September, 2019, to the following:

Office of the U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

/s/ Richard John Cole, III_____
Richard John Cole, III