**Fill in this information to identify the case:**

Debtor name   **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-08216**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 12, 2019**          X **/s/ Richard T. Conard**
_____          _____
                                         Signature of individual signing on behalf of debtor

                                         **Richard T. Conard**
                                         _____
                                         Printed name

                                         **President**
                                         _____
                                         Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Nelco Realty Holdings, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **8:19-bk-08216** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Seniors Association Holding Group** 353 6th Ave. W. Bradenton, FL 34205 | | **Security Deposit** | | | | **$675.00** |
| **Florida Dep't of Rev.** 505 W. Tenn. St. Tallahassee, FL 32399 | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Frederick N Clark** 6193 9th Ave. Cir. NE Bradenton, FL 34212 | | | **Disputed** | | | **$0.00** |
| **Hittel Law PA** 333 6th Ave. W. Bradenton, FL 34205 | | **Security Deposit** | | | | **$1,400.00** |
| **IRS Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Meridian General Contracting** 339 6th Ave. W. Ste. 16 Bradenton, FL 34205 | | **Security Deposit** | | | | **$250.00** |
| **Pinnacle Partners of Manatee** 357 6th Ave. W. Bradenton, FL 34205 | | | **Disputed** | | | **$0.00** |
| **Richard T. Conard** 615 Riviera Dunes Way Unit 401 Palmetto, FL 34221 | | | **Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | | Case number *(if known)* | **8:19-bk-08216** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steele T. Williams, PA Pineapple Place 1381 McAnsh Sq. Sarasota, FL 34236** | | **Legal Fees** | **Disputed** | | | **$0.00** |
| **US Immigration 339 6th Ave. W. Ste. 13 Bradenton, FL 34205** | | **Security Deposit** | | | | **$112.50** |
| **Virgina A. Dorris 339 6th Ave. W. Bradenton, FL 34205** | | **Promissory Note** | **Contingent Unliquidated Disputed** | | | **$2,700,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08216**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $    **2,407,500.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $    **44,832.54**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $    **2,452,332.54**

---

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **2,298,110.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **10,937.50**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **2,700,000.00**

4.    Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b    $    **5,009,047.50**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:19-bk-08216**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Center State** | **Checking** | 5836 | $698.54 |
| 3.2. | **Center State** | **Checking** | 9067 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                      $698.54
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(If known)* | **8:19-bk-08216** |
| | Name | | |

| 11b. Over 90 days old: | 28,000.00 | - | 0.00 | =.... | $28,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$28,000.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment and Furnishings** 357 6TH AVE W, BRADENTON, FL 34205 | $0.00 | Tax records | $16,134.00 |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$16,134.00

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(If known)* | **8:19-bk-08216** |
|---|---|---|---|
| | Name | | |

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **315 6TH AVE W, BRADENTON, FL 34205** | Investment Property | $0.00 | Tax records | $90,000.00 |
| 55.2. **317 6TH AVE W, BRADENTON, FL 34205-8820** | Investment Property | $0.00 | Tax records | $90,000.00 |
| 55.3. **319 6TH AVE W, BRADENTON, FL 34205-8820** | Investment Property | $0.00 | Tax records | $90,000.00 |
| 55.4. **321 6TH AVE W, BRADENTON, FL 34205** | Investment Property | $0.00 | Tax records | $90,000.00 |
| 55.5. **323 6TH AVE W, BRADENTON, FL 34205** | Investment Property | $0.00 | Tax records | $180,000.00 |
| 55.6. **325 6TH AVE W, BRADENTON, FL 34205** | Investment Property | $0.00 | Tax records | $180,000.00 |
| 55.7. **327 6TH AVE W, BRADENTON, FL 34205-8820** | Investment Property | $0.00 | Tax records | $90,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | | Case number *(If known)* **8:19-bk-08216** |
|---|---|---|---|
| | Name | | |

| 55.8. | **329 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$90,000.00** |
|---|---|---|---|---|---|
| 55.9. | **331 6TH AVE W, BRADENTON, FL 34205** | **Investment Property** | **$0.00** | **Tax records** | **$67,500.00** |
| 55.10. | **333 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.11. | **335 6TH AVE W, BRADENTON, FL 34205** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.12. | **337 6TH AVE W, BRADENTON, FL 34205** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.13. | **339 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.14. | **341 6TH AVE W, BRADENTON, FL 34205** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.15. | **343 6TH AVE W, BRADENTON, FL 34205** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.16. | **345 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.17. | **347 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.18. | **349 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.19. | **351 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$101,250.00** |
| 55.20. | **353 6TH AVE W, BRADENTON, FL 34205-8820** | **Investment Property** | **$0.00** | **Tax records** | **$67,500.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | | Case number *(If known)* | **8:19-bk-08216** |
| | Name | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.21. | **355 6TH AVE W, BRADENTON, FL 34205** | Investment Property | | $0.00 | Tax records | $90,000.00 |
| 55.22. | **357 6TH AVE W, BRADENTON, FL 34205-8820** | Investment Property | | $0.00 | Tax records | $90,000.00 |
| 55.23. | **359 6TH AVE W, BRADENTON, FL 34205-8820** | Investment Property | | $0.00 | Tax records | $90,000.00 |
| 55.24. | **361 6TH AVE W, BRADENTON, FL 34205-8820** | Investment Property | | $0.00 | Tax records | $90,000.00 |

56.  **Total of Part 9.**                                                            | **$2,407,500.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor      **Nelco Realty Holdings, Inc.**                                              Case number *(If known)*   **8:19-bk-08216**
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $698.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,134.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $2,407,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,832.54 | + 91b. $2,407,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,452,332.54 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08216**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**  Amount of claim  Do not deduct the value of collateral. | **Column B**  Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Manatee County Tax Collector**  Creditor's Name  **c/o Ken Burton, Jr**  **POB 25300**  **Bradenton, FL 34206-5300**  Creditor's mailing address | Describe debtor's property that is subject to a lien | **$48,110.00** | **$0.00** |

Describe the lien
**2018 Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Pinnacle Plaza Associates LP**  Creditor's Name  **9021 Town Ctr Pkwy**  **Bradenton, FL 34202**  Creditor's mailing address | Describe debtor's property that is subject to a lien | **$2,250,000.00** | **$0.00** |
|---|---|---|---|

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Nelco Realty Holdings, Inc.**                    Case number (if know)    **8:19-bk-08216**
_____
Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $2,298,110.0 |
| 0 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08216**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**American Seniors**<br>**Association Holding Group**<br>**353 6th Ave. W.**<br>**Bradenton, FL 34205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675.00 | $675.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Florida Dep't of Rev.**<br>**505 W. Tenn. St.**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    32886                    Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | | Case number (if known) | **8:19-bk-08216** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address

**Hittel Law PA**
**333 6th Ave. W.**
**Bradenton, FL 34205**

As of the petition filing date, the claim is: $1,400.00    $1,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**IRS**
**Centralized Insolvency**
**Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is: Unknown    Unknown
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Meridian General Contracting**
**339 6th Ave. W.**
**Ste. 16**
**Bradenton, FL 34205**

As of the petition filing date, the claim is: $250.00    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Pathways Christian Fellowshi**
**PO Box 684**
**Bradenton, FL 34206**

As of the petition filing date, the claim is: $8,500.00    $3,025.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Nelco Realty Holdings, Inc.** | | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|---|

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.50 | $112.50 |

**US Immigration**
**339 6th Ave. W.**
**Ste. 13**
**Bradenton, FL 34205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frederick N Clark**
**6193 9th Ave. Cir. NE**
**Bradenton, FL 34212**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Pinnacle Partners of Manatee**
**357 6th Ave. W.**
**Bradenton, FL 34205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Richard T. Conard**
**615 Riviera Dunes Way**
**Unit 401**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Steele T. Williams, PA**
**Pineapple Place**
**1381 McAnsh Sq.**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | | **$2,700,000.00** |

**Virgina A. Dorris**
**339 6th Ave. W.**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

| Debtor | **Nelco Realty Holdings, Inc.** | Case number (if known) | **8:19-bk-08216** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Harllee & Bald PA**<br>**202 Old Main St.**<br>**Bradenton, FL 34205** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 10,937.50 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,700,000.00 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ | 2,710,937.50 |

**Fill in this information to identify the case:**

Debtor name   **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-08216**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Office Lease** | |
| State the term remaining | **Alexander Virgil** |
| List the contract number of any government contract | **7014 48th Ave. E.** **Palmetto, FL 34221** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Office Lease** | |
| State the term remaining | **American Seniors** **Association Holding Group** |
| List the contract number of any government contract | **353 6th Ave. W.** **Bradenton, FL 34205** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Office Lease** | |
| State the term remaining | **Big Brothers Big Sisters** **of the Sun Coast Inc.** |
| List the contract number of any government contract | **1000 S, Tamiami Trl.** **Venice, FL 34285** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **Office Lease** | |
| State the term remaining | **Bill Whitney** **1033 Sawgrass Dr. W.** |
| List the contract number of any government contract | **Ste. 102** **Ponte Vedra Beach, FL 32082** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Nelco Realty Holdings, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **8:19-bk-08216**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **C. Michael Kelly PA**<br>**339 6th Ave. W.**<br>**Bradenton, FL 34205** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cornerstone Financial SE LLC**<br>**339 6th Ave. W.**<br>**Bradenton, FL 34205** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Virtual Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Courtney's Creationz**<br>**1510 13th Ave. E.**<br>**Bradenton, FL 34208** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Family Resources Inc.**<br>**361 6th Ave. W.**<br>**Bradenton, FL 34205** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Genesis Health Services Inc.**<br>**339 6th Ave W.**<br>**Ste. 36**<br>**Bradenton, FL 34205** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Gregory J. Kramer**<br>**5509 Pheasant Ln.**<br>**Bradenton, FL 34209** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Nelco Realty Holdings, Inc.** | | | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Hittel Law PA** |
| | List the contract number of any government contract | | **333 6th Ave. W.** **Bradenton, FL 34205** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Insight Counseling Servs Inc** |
| | List the contract number of any government contract | | **351 6th Ave. W.** **Bradenton, FL 34205** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **JJ Bridge Management Group I** |
| | List the contract number of any government contract | | **339 6th Ave. E.** **Bradenton, FL 34205** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **June Pictures LLC** |
| | List the contract number of any government contract | | **339 6th Ave W.** **Bradenton, FL 34205** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kajuka Properties LLC** |
| | List the contract number of any government contract | | **PO Box 9094** **Bradenton, FL 34206** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | **Kenyon Real Estate Inc.** **339 6th Ave. W.** **No. 22** **Bradenton, FL 34205** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Nelco Realty Holdings, Inc.** | | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lace Entertainment** |
| | List the contract number of any government contract | | **1039 31st St. E.** **Palmetto, FL 34221** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lake East Associates Ltd.** **437 Grant St.** |
| | List the contract number of any government contract | | **Mezzanine** **Pittsburgh, PA 15219** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Meridian General Contracting** **339 6th Ave. W.** |
| | List the contract number of any government contract | | **Ste. 16** **Bradenton, FL 34205** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Pathways Christian Fellowshi** |
| | List the contract number of any government contract | | **PO Box 684** **Bradenton, FL 34206** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Senior Living Services LLC** **357 6th Ave. W.** |
| | List the contract number of any government contract | | **Bradenton, FL 34205** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Nelco Realty Holdings, Inc.** | | | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Timothy Grogan, Esq.** |
| | | | **PO Box 14807** |
| | List the contract number of any government contract | | **Bradenton, FL 34280** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **Voyager Business Concepts In** |
| | | | **339 6th Ave. W.** |
| | | | **Ste. 26** |
| | List the contract number of any government contract | | **Bradenton, FL 34205** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     **8:19-bk-08216**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Frederick N Clark** | **6193 9th Ave. Cir. NE**<br>**Bradenton, FL 34212** | **Virgina A. Dorris** | ☐ D _____<br>■ E/F _**3.5**_<br>☐ G _____ |
| 2.2 **Pinnacle Partners of Manatee** | **357 6th Ave. W.**<br>**Bradenton, FL 34205** | **Virgina A. Dorris** | ☐ D _____<br>■ E/F _**3.5**_<br>☐ G _____ |
| 2.3 **Richard T. Conard** | **615 Riviera Dunes Way**<br>**Unite 401**<br>**Palmetto, FL 34221** | **Virgina A. Dorris** | ☐ D _____<br>■ E/F _**3.5**_<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **Nelco Realty Holdings, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-08216**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Virginia A. Dorris v. Nelco Realty Holdings, Inc., Pinnacle Partners of Manatee LLC, Richard T. Conard MD, and Frederick N. Clark**<br>**2018 CA 006087** | **Civil** | **Twelfth Judical Circuit**<br>**1115 Manatee Ave. W.**<br>**Bradenton, FL 34205** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 7/16/19<br>$2,500.00<br>8/16/19<br>$4,500.00<br>8/21/19<br>$2,500.00<br>8/16/19<br>$5,000.00 | |
| | **Cole & Cole Law, P.A.**<br>**46 N. Washington Blvd., Ste.**<br>**24**<br>**Sarasota, FL 34236** | **Pre Petition Legal Advice and Guidance:**<br>**$2,500.00**<br>**Bankruptcy Pre Petition Legal Fee:**<br>**$10,283.00**<br>**Filing Fee: $1,717.00** | | **$12,783.00** |
| | **Email or website address**<br>**RJC@COLECOLELAW.COM** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(if known)* **8:19-bk-08216** |
| --- | --- | --- |

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankrupties**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(if known)* | **8:19-bk-08216** |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Nelco Realty Holdings, Inc.** | Case number *(if known)* | **8:19-bk-08216** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.    **American Accounting Service Inc.**<br>**339 6th Ave. W.**<br>**Bradenton, FL 34205** | **2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.    **Richard T. Conard**<br>**615 Riviera Dunes Way**<br>**Unite 401**<br>**Palmetto, FL 34221** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Richard T. Conard** | **615 Riviera Dunes Way**<br>**Unite 401**<br>**Palmetto, FL 34221** | **President and Treasurer** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Frederick N Clark** | **6193 9th Ave. Cir. NE**<br>**Bradenton, FL 34212** | **VP** | **0** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor      **Nelco Realty Holdings, Inc.**                                   Case number *(if known)*   **8:19-bk-08216**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 12, 2019**

**/s/ Richard T. Conard**                                          **Richard T. Conard**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

| | | | |
|---|---|---|---|
| In re | **Nelco Realty Holdings, Inc.** | Case No. | **8:19-bk-08216** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **September 12, 2019** | Signature | **/s/ Richard T. Conard** |
| | | | **Richard T. Conard** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Nelco Realty Holdings, Inc.** _____
Debtor(s)

Case No.   **8:19-bk-08216**
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,283.00 |
| Prior to the filing of this statement I have received | $ | 10,283.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any discharge or dischargeability actions, judicial lien avoidance, relief from stay actions or any other adversary proceeding.  Representation of the debtors in Fed. R. Bankr. P. 2004 examinations or depositions, or in preparing documents to utilize in such examinations.  Amendments to schedules, statement of affairs and petition.  All future fees will be at the undersigned's normal hourly rate prevailing at the time future services are rendered. A credit report fee of $33.00 for individual and $66.00 for joint filers is paid through Cole & Cole Law, P.A. to CIN Systems but is not retained by the law firm as a fee.  Filing fee in the amount of $1,717.00 is also paid through Cole & Cole Law, P.A., but not retained by the law firm as a fee.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 12, 2019** _____
*Date*

**/s/ R. John Cole, II** _____
**R. John Cole, II 191364**
*Signature of Attorney*
**Cole & Cole Law, P.A.**
**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
**(941) 365-4055   Fax: (941) 365-4219**
**RJC@COLECOLELAW.COM**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Nelco Realty Holdings, Inc.**                                                                                 Case No.   **8:19-bk-08216**
_____                        Chapter   **11**
                                        Debtor(s)                                                                        _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nelco Realty Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 12, 2019**                                                           **/s/ R. John Cole, II**
_____                        _____
Date                                                                                   **R. John Cole, II 191364**
                                                                                       Signature of Attorney or Litigant
                                                                                       Counsel for   **Nelco Realty Holdings, Inc.**
                                                                                       **Cole & Cole Law, P.A.**
                                                                                       **46 N. Washington Blvd., Ste. 24**
                                                                                       **Sarasota, FL 34236**
                                                                                       **(941) 365-4055 Fax:(941) 365-4219**
                                                                                       **RJC@COLECOLELAW.COM**